UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____
                                                                    )
IN RE YASMIN AND YAZ (DROSPIRENONE))     3:09-md-02100-DRH-PMF
MARKETING, SALES PRACTICES AND        )
PRODUCTS LIABILITY LITIGATION         )     MDL No. 2100
_____  )
                                                                    )     ORDER
                                                                          VACATING DISMISSAL

**This Document Relates to:**

*Lakisha Tutton, et al. v. Bayer Pharma AG, et al.* No. 3:12-cv-10133-DRH-PMF[1]

*Tamika Johnson, et al. v. Bayer Pharma AG, et al.* No. 3:12-cv-10141-DRH-PMF[2]

*Susan Lamb, et al. v. Bayer Pharma AG, et al.* No. 3:12-cv-10164-DRH-PMF[3]

*Lee Ann Michaud, et al. v. Bayer Pharma AG, et al.* No. 3:12-cv-10165-DRH-PMF[4]

## ORDER VACATING DISMISSAL

**HERNDON, Chief Judge:**

The specified plaintiffs, in the above captioned actions, have filed motions to vacate the Court's order of dismissal without prejudice for failure to comply with Plaintiff Fact Sheet Requirements. Each plaintiff states that she is now in compliance with her PFS obligations. As to each of the above referenced plaintiffs, Bayer has filed a notice of non-opposition.

---

[1] This order applies to plaintiff Teresa Rubenacker only.
[2] This order applies only to plaintiff Mary Williams only.
[3] This order applies only to plaintiff Jennifer Baker only.
[4] This order applies only to plaintiff Robyn Dorn only.

Accordingly, the Court hereby **VACATES** the orders dismissing without prejudice each of the above referenced plaintiff's claims and thereby **REINSTATES** the same.

SO ORDERED:

Digitally signed by David R. Herndon
Date: 2013.01.25 13:40:50 -06'00'

**Chief Judge**
**United States District Court**                                        Date:  January 25, 2013